UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA SLONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:14-0089 |
| v. | ) | |
| | ) | Judge Sharp |
| JEWELL BILBERY, et al., | ) | Magistrate Joe Brown |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Joshua Slone, a former inmate of the White County Jail, proceeding *pro se* and *in forma pauperis*, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Defendants' unopposed Motion for Summary Judgment (Docket No. 30) be granted and the case dismissed with prejudice. Alternatively, the Magistrate Judge recommends that Defendants' Motion to Dismiss for Lack of Prosecution and Failure to Comply with Court Order (Docket No. 25) be granted and the case dismissed without prejudice. No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 42) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion for Summary Judgment (Docket Entry No. 30) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE in accordance with 42 U.S.C. § 1997e(a).

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE